IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe,<br><br>                Plaintiff,<br><br>    v.<br><br>Rider University,<br><br>               Defendant. | Civil Action No.: 3:16-CV-04882-BRM-TJB<br><br>**(Electronically Filed)** |

## STIPULATION AND CONSENT ORDER REGARDING PLAINTIFF'S FILING OF AMENDED COMPLAINT AND DEFENDANT'S TIME TO RESPOND

It is hereby **STIPULATED** and **AGREED** by the undersigned counsel for Plaintiff John Doe and Defendant Rider University ("Rider"), that:

1. Rider will not need to file an Answer to the operative Complaint, because Plaintiff intends to file an Amended Complaint and will do so by February 16, 2018; and

2. Rider will not need to respond to the Amended Complaint until twenty (20) days after the Amended Complaint is filed.

Dated: January 29, 2018

**CONRAD O'BRIEN PC**

s/ Kevin Kent
_____
Kevin Kent
Centre Square, West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
(215) 864- 8071

*Attorneys for Plaintiff*
*John Doe*

**PEPPER HAMILTON LLP**
(A Pennsylvania Limited Liability Partnership)

s/ Angelo A. Stio
_____
Angelo A. Stio III
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
(609) 452-0808

*Attorneys for Defendant*
*Rider University*

**IT IS SO ORDERED** on this 29th day of January 2018.

_____
TONIANNE J. BONGIOVANNI, U.S.M.J