## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE**<br><br>       **Plaintiff,**<br><br>   v.<br><br>**RIDER UNIVERSITY**<br><br>       **Defendant.** | Civil Action No. 16-4882 (BRM)<br><br><br>**ORDER** |

This matter having been opened to the Court upon Plaintiff' John Doe's ("Plaintiff"), Motion for Permission to Proceed under a Pseudonym against Defendant Rider University ("Defendant" or the "University") (Docket Entry No. 4); and Defendant having filed a Memorandum of Law in Opposition to Plaintiff's Motion for Permission to Proceed under a Pseudonym, opposing only the use of a pseudonym by Plaintiff (Docket Entry No. 27);  and the Court having fully reviewed and considered all arguments made in support of and in opposition to Plaintiff's Motion; and the Court having considered Plaintiff's Motion without oral argument pursuant to L. Civ. R. 78.1(b); and for the reasons set forth in the Court's accompanying Memorandum Opinion; and for good cause shown;

IT IS on this 7th day of August, 2018,

ORDERED that Plaintiff's Motion for Permission to Proceed under a Pseudonym is GRANTED in part and DENIED in part: the Motion is granted as to the use of a pseudonym for the non-parties:  "Jane Roe," "Jane Roe 2," and "Joe Doe," but denied as to Plaintiff himself; and it is further

ORDERED that Plaintiff shall file an Amended Complaint no later than **August 24, 2018** disclosing his true identity.  However, this deadline shall be stayed should Plaintiff file a timely appeal of this decision until after the appeal is decided; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 4] accordingly.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**
