## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : Civil Action No.3:16-CV-04882-BRM-TJB |
| RIDER UNIVERSITY, | : **Notice of Appeal to the** |
| | : **U.S. Court of Appeals for the** |
| Defendant. | : **Third Circuit** |

Notice is hereby given that John Doe appeals to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court, District of New Jersey, entered in this action on August 8, 2018.

/s/ Kevin Dooley Kent
Kevin Kent, Esquire (ID No. 013532000)
Patricia M. Hamill, Esq. (*pro hac vice*)
Conrad O'Brien PC, 1500 Market Street
Centre Square – West Tower, Suite 3900
Philadelphia, PA  19102-2100

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 10, 2018, a true and correct copy of the foregoing Notice of Appeal was filed and served on all counsel of record via ECF.

> */s/ Kevin Dooley Kent*
> Kevin Kent, Esquire (ID No. 013532000)
> Patricia M. Hamill, Esq. (*pro hac vice*)
> Conrad O'Brien PC
> 1500 Market Street
> Centre Square – West Tower, Suite 3900
> Philadelphia, PA  19102-2100