IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Doe,<br><br>                    Plaintiff,<br><br>v.<br><br>Rider University,<br><br>                    Defendant. | Civil Action No.: 3:16-CV-04882-BRM-TJB<br><br>**(Electronically Filed)** |

**STIPULATION AND CONSENT ORDER REGARDING
ADJOURNMENT OF RETURN DATE FOR PLAINTIFF'S MOTION TO APPEAL
THE MAGISTRATE JUDGE'S ORDER DENYING JOHN DOE'S
REQUEST TO PROCEED UNDER PSEUDONYM**

It is hereby **STIPULATED** and **AGREED** by the undersigned counsel for Plaintiff John Doe and Defendant Rider University ("Rider"), as follows:

1. On August 22, 2018, Plaintiff filed a Notice of Motion to Appeal the Magistrate Judge's Order Denying John Doe's Request to Proceed Under Pseudonym (ECF No. 54) ("Motion to Appeal"), with a return date of September 17, 2018.

2. Under the original return date, Rider's response to the Motion to Appeal is due September 4, 2018.

3. Counsel for Rider is traveling and unavailable until September 4, 2018.

4. So that counsel may have sufficient time to devote to the brief after returning, the parties agree to adjourn the return date for Plaintiff's Motion to Appeal from September 17, 2018 to **October 1, 2018**.

5. Rider will have until **September 14, 2018** to file a response to Plaintiff's Motion to Appeal.

6. Plaintiff will have until **September 24, 2018** to file a reply.

Dated: August 27, 2018

| | |
|---|---|
| **CONRAD O'BRIEN PC** | **PEPPER HAMILTON LLP** |
| | (A Pennsylvania Limited Liability Partnership) |
| *s/ Kevin Kent* | |
| _____ | *s/ Angelo A. Stio* |
| Kevin Kent | _____ |
| Centre Square, West Tower | Angelo A. Stio III |
| 1500 Market Street, Suite 3900 | Suite 400 |
| Philadelphia, PA 19102-2100 | 301 Carnegie Center |
| (215) 864- 8071 | Princeton, New Jersey 08543-5276 |
| | (609) 452-0808 |
| *Attorneys for Plaintiff* | |
| *John Doe* | *Attorneys for Defendant Rider University* |

**IT IS SO ORDERED** on this _____ day of _____, 2018.

      _____
      **HON. BRIAN R. MARTINOTTI**
      **UNITED STATES DISTRICT JUDGE**