

Kevin Dooley Kent
*Attorney at Law*
Direct Dial: 215.523.8306
Direct Fax: 215.523.9706
kkent@conradobrien.com

September 18, 2018

Honorable Brian R. Martinotti
United States District Court for the District
  of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      RE:    John Doe v. Rider University
                 Case No. 3:16-cv-04882-BRM-TJB

Dear Judge Martinotti:

      Please accept this letter confirming the receipt of the notice of the oral argument scheduled for November 27, 2018.

                                   Respectfully,

                                   */s/ Kevin Dooley Kent*

                                   Kevin Dooley Kent

KDK/jdr

cc:    All Counsel of Record (via ECF)