

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

Angelo A. Stio III
direct dial: 609-951-4125
stioa@pepperlaw.com

September 19, 2018

**Filed Electronically**

Hon. Brian R. Martinotti, U.S.D.J.,
United States District Court for the
  District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *John Doe v. Rider University*
              Case No. 3:16-cv-04882-BRM-TJB

Dear Judge Martinotti:

      I write to confirm receipt of the Court's Notice of Hearing scheduled for November 27, 2018 at 10:00 a.m. in Trenton. I will be attending the hearing with a Rider University representative with full settlement authority.

Respectfully,

*/s/ Angelo A. Stio III*

Angelo A. Stio III

cc:    Patricia Hamill, Esq. (via ECF notification)

Philadelphia  Boston  Washington, D.C.  Los Angeles  New York  Pittsburgh
Detroit  Berwyn  Harrisburg  Orange County  Princeton  Silicon Valley  Wilmington

www.pepperlaw.com