Angelo A. Stio III [ID # 01479-1997]
Michael Baughman [ID # 01981-1996]
**PEPPER HAMILTON LLP**
(A Pennsylvania Limited Liability Partnership)
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543-5276
(609) 452-0808
stioa@pepperlaw.com

*Attorneys for Defendant*
*Rider University*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, | |
| Plaintiff, | Civ. A. No. 3:16-cv-04882-BRM-TJB |
| v. | |
| RIDER UNIVERSITY, | **NOTICE OF JOINT MOTION TO SEAL MATERIAL** |
| Defendant. | **MOTION DATE:** **December 17, 2018** |

**PLEASE TAKE NOTICE** that, upon all the pleadings and proceedings herein, the parties will move before this Court at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, on December 17, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Local Civil Rule 5.3(c) to seal the following document filed with the Court: (a) Defendant Rider University's Memorandum of Law in Support of its Motion to

Dismiss Counts III, IV and V of Plaintiff's Amended Complaint; (b) Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Amended Complaint; and (c) the Court's October 31, 2018 Opinion (Dkt. 60).

Dated: November 12, 2018

*s/ Angelo A. Stio III*
Angelo A. Stio III [ID # 01479-1997]
Michael Baughman [ID # 01981-1996]
**PEPPER HAMILTON LLP**
(A Pennsylvania Limited Liability Partnership)
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543-5276
(609) 452-0808
stioa@pepperlaw.com

*Attorneys for Defendant
Rider University*

*s/ Kevin Kent*
Kevin Kent, Esq. [ID # 013532000]
Patricia M. Hamill, Esq. (*pro hac vice*)
Jeannette M. Brian, Esq. (*pro hac vice*)
**Conrad O'Brien PC**
1500 Market Street
Centre Square – West Tower
Suite 3900

Philadelphia, PA 19102

*Attorneys for Plaintiff*